Natalie C. Lehman, Esq.
Nevada Bar No. 12995
FIDELITY NATIONAL LAW GROUP
8363 W. Sunset Road Ste. 120
Las Vegas, Nevada 89113
Tel: (702) 667-3000
Fax: (702) 938-8721
Email: Natalie.Lehman@fnf.com
*Attorneys for Defendant Chicago Title Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| HILLCREST INVESTMENTS, LTD., a foreign corporation; HILLCREST PROJECTS, LLC, a foreign limited liability company;<br><br>Plaintiffs,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY, a foreign entity; QUAIL VALLEY WATER DISTRICT, a foreign entity; 11239, LLC, a foreign entity; R.A.M.M. CORP., a Nevada Corporation;<br><br>Defendants. | Case No.: 2:22-cv-00406-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br>**(First Request)** |

Defendant, Chicago Title Insurance Company ("Defendant") by and through its counsel of record, Natalie C. Lehman, Esq. of Fidelity National Law Group, and Plaintiffs, Hillcrest Investments, Ltd. and Hillcrest Projects, LLC ("Plaintiffs), by and through their counsel of record, Mitchell S. Bisson, Esq., hereby jointly submit this stipulation and order to extend Defendant's deadline to file its response to the Complaint (ECF No. 1, served on April 20, 2022), from May 11, 2022, to May 27, 2022.

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

/ / /

/ / /

The parties request this extension to enable Defendant sufficient time to obtain pertinent records regarding the subject transaction (involving multiple parcels of land) so that it can adequately investigate the claims alleged against in order to respond to the Complaint and/or have an informed discussion regarding the possibility of resolution with Plaintiffs.

DATED this 29th day of April, 2022.

| FIDELITY NATIONAL LAW GROUP | THE LAW OFFICES OF MITCHELL S. BISSON |
|---|---|
| /s/ Natalie C. Lehman<br>NATALIE C. LEHMAN, ESQ.<br>Nevada Bar No. 12995<br>8363 W. Sunset Road, Suite 120<br>Las Vegas, Nevada 89113<br>Tel: (702) 667-3000<br>Natalie.Lehman@fnf.com<br>*Attorneys for Defendant, Chicago Title Insurance Company* | /s/ Mitchell S. Bisson, Esq.<br>MITCHELL S. BISSON, ESQ.<br>Nevada Bar No. 11920<br>911 N. Buffalo Drive, Suite 201<br>Las Vegas, Nevada 89128<br>Tel: (702) 402-6990<br>MBisson@BissonLegal.com<br>*Attorney for Plaintiffs* |

## **ORDER**

Based upon the stipulation of the parties, and good cause appearing,

**IT IS SO ORDERED.**

Dated this 29th day of April, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**
**Case No. 2:22-cv-00406-RFB-VCF**