Mitchell S. Bisson, Esq.
Nevada Bar No. 11920
LAW OFFICES OF MITCHELL S. BISSON
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel:  (702) 602-4990
Email: mbisson@bissonlegal.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HILLCREST INVESTMENTS, LTD., a foreign corporation; HILLCREST PROJECTS, LLC, a foreign limited liability company;<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>CHICAGO TITLE INSURANCE COMPANY, a foreign entity; QUAIL VALLEY WATER DISTRICT, a foreign entity; 11239, LLC, a foreign entity; R.A.M.M. CORP., a Nevada Corporation;<br><br>　　　　　　　Defendants. | Case No.: 2:22-cv-00406-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS (First Request)** |

　　　Defendant, Chicago Title Insurance Company ("CTIC") by and through its counsel of record, Natalie C. Lehman, Esq. of Fidelity National Law Group, and Plaintiffs, Hillcrest Investments, Ltd. and Hillcrest Projects, LLC ("Plaintiffs), by and through their counsel of record, Mitchell S. Bisson, Esq., hereby jointly submit this stipulation and order to extend Plaintiff's deadline to file its response to the Motion to Dismiss (ECF No. 12, filed on June 10, 2022), from June 24, 2022, to July 1, 2022.

　　　This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

/ / /

/ / /

/ / /

The parties request this extension to enable Plaintiff additional time to complete its response to the Motion to Dismiss, as Plaintiff's counsel was unexpectedly out of the office on a family emergency.

IT IS SO STIPULATED.

DATED this 24th day of June, 2022.

| FIDELITY NATIONAL LAW GROUP | THE LAW OFFICES OF MITCHELL S. BISSON |
|---|---|
| /s/ Natalie C. Lehman<br>NATALIE C. LEHMAN, ESQ.<br>Nevada Bar No. 12995<br>8363 W. Sunset Road, Suite 120<br>Las Vegas, Nevada 89113<br>Tel: (702) 667-3000<br>Natalie.Lehman@fnf.com<br>*Attorneys for Defendant, Chicago Title Insurance Company* | /s/ Mitchell S. Bisson<br>MITCHELL S. BISSON, ESQ.<br>Nevada Bar No. 11920<br>911 N. Buffalo Drive, Suite 201<br>Las Vegas, Nevada 89128<br>Tel: (702) 402-6990<br>MBisson@BissonLegal.com<br>*Attorney for Plaintiffs* |

**ORDER**

Based upon the stipulation of the parties, and good cause appearing,

**IT IS SO ORDERED.**

Dated this 25th day of June, 2022.

_____
RICHARD E. BOULWARE, II
United States District Court