Daniel N. Raytis, California SBN 218374
dan@bbr.law
BELDEN BLAINE RAYTIS, LLP
5016 California Avenue, Suite 3
Bakersfield, California 93309
Telephone: (661) 864-7827
Facsimile: (661) 878-9797

Attorneys for Defendant
Quail Valley Water District

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HILLCREST INVESTMENTS, LTD., a foreign corporation; HILLCREST PROJECTS, LLC., a foreign limited liability company;<br><br>Plaintiffs,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY, a foreign entity; QUAIL VALLEY WATER DISTRICT, a foreign entity; 11239, LLC, a foreign entity; R.A.M.M. CORP., a Nevada Corporation;<br><br>Defendants. | Case No. 2:22-cv-00406-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br>**(Second Request)** |

Defendant, Quail Valley Water District, ("Defendant") by and through its counsel of record, Daniel N. Raytis, Esq., of Belden Blaine Raytis, LLP (admitted *pro hac vice*) and Plaintiffs, Hillcrest Investments, Ltd. and Hillcrest Projects, LLC ("Plaintiffs"), by and through their counsel of record, Mitchell S. Bisson, Esq., hereby jointly submit this stipulation and order to extend Defendant's deadline to file its response to the Complaint (ECF No. 1, served on April 20, 2022), to thirty (30) days after entry of this Order.

This is the parties' second request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

///

Defendant is an out-of-state entity. Defendant's counsel was permitted to appear *pro hac vice* in this matter by an Order of the Court on June 15, 2022. The parties request this extension in order to provide Defendant with sufficient time to obtain documents, materials and information relevant to Plaintiff's claims alleged against Defendant in order to respond to the Complaint and/or discuss settlement of the same.

Dated: July 13, 2022                                BELDEN BLAINE RAYTIS, LLP


By:  /s/Daniel N. Raytis
DANIEL N. RAYTIS
Attorneys for Defendant Quail Valley
Water District


Dated: July 13, 2022                                THE LAW OFFICES OF MITCHELL S. BISSON


By:  /s/Mitchell S. Bisson
MITCHELL S. BISSON, ESQ.
Attorney for Plaintiffs

## ORDER

Based upon the stipulation of the parties, and good cause appearing,

**IT IS SO ORDERED.**

Dated this 13th day of July, 2022.
IT IS HEREBY ORDERED that any response to the complaint must be filed on or before August 12, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**
Case No. 2:22-cv-00406-RFB-VCF