Daniel N. Raytis, California SBN 218374
dan@bbr.law
BELDEN BLAINE RAYTIS, LLP
5016 California Avenue, Suite 3
Bakersfield, California 93309
Telephone: (661) 864-7827
Facsimile: (661) 878-9797
(Admitted *pro hac vice*)

Attorneys for Defendant
Quail Valley Water District

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HILLCREST INVESTMENTS, LTD., a foreign corporation; HILLCREST PROJECTS, LLC., a foreign limited liability company; | Case No. 2:22-cv-00406-RFB-VCF |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** **(Third Request)** |
| v. | |
| CHICAGO TITLE INSURANCE COMPANY, a foreign entity; QUAIL VALLEY WATER DISTRICT, a foreign entity; 11239, LLC, a foreign entity; R.A.M.M. CORP., a Nevada Corporation; | |
| Defendants. | |

Defendant, Quail Valley Water District, ("Defendant") by and through its counsel of record, Daniel N. Raytis, Esq., of Belden Blaine Raytis, LLP (admitted *pro hac vice*) and Plaintiffs, Hillcrest Investments, Ltd. and Hillcrest Projects, LLC ("Plaintiffs"), by and through their counsel of record, Mitchell S. Bisson, Esq., hereby jointly submit this stipulation and order to extend Defendant's deadline to file its response to the Complaint (ECF No. 1, served on April 20, 2022), to thirty (30) days after entry of this Order.

This is the parties' third request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

///

1   Defendant is an out-of-state entity.  Defendant's counsel was permitted to appear *pro hac*

2   *vice* in this matter by an Order of the Court on June 15, 2022.  The parties request this extension in

3   order to provide Defendant with additional time to obtain documents, materials and information

4   relevant to Plaintiff's claims alleged against Defendant in order to respond to the Complaint and/or

5   discuss settlement of the same.

6

7   Dated: August 11, 2022                                    BELDEN BLAINE RAYTIS, LLP

8

9                                                          By:  */s/Daniel N. Raytis*
10                                                            DANIEL N. RAYTIS
                                                             Attorneys for Defendant Quail Valley
11                                                           Water District

12

13  Dated: August 11, 2022                                    THE LAW OFFICES OF MITCHELL
                                                             S. BISSON
14

15                                                         By:  */s/Mitchell S. Bisson*
16                                                           MITCHELL S. BISSON, ESQ.
                                                             Attorney for Plaintiffs
17
                                   **ORDER**
18
        Based upon the stipulation of the parties, and good cause appearing,
19
20      **IT IS SO ORDERED.**

21      Dated this _____ 11th day of August, 2022.

22

23      _____
        **UNITED STATES MAGISTRATE JUDGE**
24      **Case No. 2:22-cv-00406-RFB-VCF**

25

26

27

28

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT