Daniel N. Raytis, California SBN 218374
dan@bbr.law
BELDEN BLAINE RAYTIS, LLP
5016 California Avenue, Suite 3
Bakersfield, California 93309
Telephone: (661) 864-7827
Facsimile: (661) 878-9797
(Admitted *pro hac vice*)

Attorneys for Defendant
Quail Valley Water District

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HILLCREST INVESTMENTS, LTD., a foreign corporation; HILLCREST PROJECTS, LLC., a foreign limited liability company;<br><br>Plaintiffs,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY, a foreign entity; QUAIL VALLEY WATER DISTRICT, a foreign entity; 11239, LLC, a foreign entity; R.A.M.M. CORP., a Nevada Corporation;<br><br>Defendants. | Case No. 2:22-cv-00406-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br>**(Fifth Request)** |

Defendant, Quail Valley Water District, ("Defendant") by and through its counsel of record, Daniel N. Raytis, Esq., of Belden Blaine Raytis, LLP (admitted *pro hac vice*) and Plaintiffs, Hillcrest Investments, Ltd. and Hillcrest Projects, LLC ("Plaintiffs"), by and through their counsel of record, Mitchell S. Bisson, Esq., hereby jointly submit this stipulation and order to extend Defendant's deadline to file its response to the Complaint (ECF No. 1, served on April 20, 2022), to thirty (30) days after entry of this Order.

Defendant is an out-of-state entity. Defendant's counsel was permitted to appear *pro hac vice* in this matter by an Order of the Court on June 15, 2022.

This is the Parties' fifth joint request for an extension of this deadline and is not intended to cause any delay or prejudice to any party to this action. The Parties are currently in the process of attempting resolve this action prior to the filing of a responsive pleading. As such, the Parties request this extension in order to provide Defendant with additional time to obtain documents, materials and information relevant to Plaintiff's claims alleged against Defendant in order to respond to the Complaint and/or discuss resolution of the same. The extension would also result in significant saving of time, costs, and fees should resolution be reached, as well as promote efficiency and judicial economy.

Dated: October 18, 2022

BELDEN BLAINE RAYTIS, LLP

By: /s/Daniel N. Raytis
DANIEL N. RAYTIS
Attorneys for Defendant Quail Valley Water District

Dated: October 18, 2022

THE LAW OFFICES OF MITCHELL S. BISSON

By: /s/Mitchell S. Bisson
MITCHELL S. BISSON, ESQ.
Attorney for Plaintiffs

### ORDER

Based upon the stipulation of the parties, and good cause appearing,

**IT IS SO ORDERED.**

Dated this 19th day of October, 2022.

**UNITED STATES MAGISTRATE JUDGE**
Case No. 2:22-cv-00406-RFB-VCF

Case No. 22:cv-00406

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF KERN

I am employed in the County of Kern, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 5016 California Ave., Suite 3, Bakersfield, CA 93309. My email address is heather@bbr.law.

On **October 18, 2022**, I served the following document(s) described as

on the interested parties in this action via electronic service through the Court's Electronic File/Service Program.

| | |
|---|---|
| Mithcell S. Bisson, Esq.<br>Law Office of Mitchell S. Bisson<br>911 N. Buffalo Drive, Suite 201<br>Las Vegas, NV 89128<br>mbisson@bissonlegal.com | Attorney for Plaintiffs Hillcrest Investments, LTD |
| Natalie C. Lehmna, Esq.<br>Fidlity National Law Group<br>8363 W. Sunset Road, Ste. 120<br>Las Vegas, NV 89113<br>Natalie.lehman@fnf.com | Attorneys for Defendant Chicago Title Insurance Company |

Executed on **October 18, 2022**, at Bakersfield, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Heather McCoy