Daniel N. Raytis, California SBN 218374
dan@bbr.law
BELDEN BLAINE RAYTIS, LLP
5016 California Avenue, Suite 3
Bakersfield, California 93309
Telephone: (661) 864-7827
Facsimile: (661) 878-9797

Attorneys for Defendant
Quail Valley Water District

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HILLCREST INVESTMENTS, LTD., a foreign corporation; HILLCREST PROJECTS, LLC., a foreign limited liability company;<br><br>Plaintiffs,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY, a foreign entity; QUAIL VALLEY WATER DISTRICT, a foreign entity; 11239, LLC, a foreign entity; R.A.M.M. CORP., a Nevada Corporation;<br><br>Defendants. | Case No. 2:22-cv-00406-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br>**(Sixth Request)** |

Defendant Quail Valley Water District ("Defendant"), by and through its counsel of record, Daniel N. Raytis, Esq. of Belden Blaine Raytis, LLP (admitted *pro hac vice*), and Plaintiffs Hillcrest Investments, Ltd. and Hillcrest Projects, LLC ("Plaintiffs"), by and through their counsel of record, Mitchell S. Bisson, Esq., hereby jointly submit this stipulation and order to extend Defendant's deadline to file its response to the Complaint (ECF No. 1, served on April 20, 2022), to twenty-one (21) days after entry of this Order.

This is the Parties' sixth and final request for an extension of Defendant's response deadline. Plaintiffs and Defendant remain engaged in good faith resolution discussions. This Stipulation is for

the purpose of facilitating efforts related thereto, and is not intended to cause any delay or prejudice to any party.

Moreover, Defendant is an out-of-state entity. Defendant's counsel was permitted to appear *pro hac vice* in this matter by an Order of the Court on June 15, 2022. Additionally, Plaintiffs and their representatives reside and are located in different areas throughout both the United States and Canada. Thus, the parties request this final extension in order to allow Plaintiffs and Defendant sufficient time to obtain necessary documents, materials, and information relevant to Plaintiffs' claims alleged against Defendant in order to respond to the Complaint or finalize resolution of the same. The Parties represent that they intend to work in good faith with each other in order to hopefully resolve this dispute prior to the pleading deadline. Nothing herein shall serve to waive or relinquish any right held by Defendant to file any necessary responsive pleading or motion to address Plaintiff's Complaint at or before the responsive pleading deadline reset pursuant to this Joint Stipulation and this Court's Order.

Dated: November 16, 2022

BELDEN BLAINE RAYTIS, LLP

By: __/s/Daniel N. Raytis__
DANIEL N. RAYTIS
Attorneys for Defendant Quail Valley Water District

Dated: November 16, 2022

THE LAW OFFICES OF MITCHELL S. BISSON

By: __/s/Mitchell S. Bisson__
MITCHELL S. BISSON, ESQ.
Attorney for Plaintiffs

///

///

///

## ORDER

Based upon the stipulation of the parties, and good cause appearing,

**IT IS SO ORDERED.**

Dated this 16th day of November, 2022.

No further extensions will be granted.

_____
**UNITED STATES MAGISTRATE JUDGE**
**Case No. 2:22-cv-00406-RFB-VCF**

Case No. 22:cv-00406

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF KERN

I am employed in the County of Kern, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 5016 California Ave., Suite 3, Bakersfield, CA 93309. My email address is heather@bbr.law.

On **November 16, 2022**, I served the following document(s) described as

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT (Sixth Request)**

on the interested parties in this action via electronic service through the Court's Electronic File/Service Program.

| | |
|---|---|
| Mitchell S. Bisson, Esq.<br>Law Offices of Mitchell S. Bisson<br>911 N. Buffalo Drive, Suite 201<br>Las Vegas, CA 89128<br>mbisson@bissonlegal.com | Attorney for Plaintiffs Hillcrest Investments, LTD |
| Natalie C. Lehman, Esq.<br>Fidelity National Law Group<br>8363 W. Sunset Road, Suite 120<br>Law Vegas, NV 89113<br>Natalie.lehman@fnf.com | Attorneys for Defendant Chicago Title Insurance Company |

Executed on **November 16, 2022**, at Bakersfield, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


Heather McCoy