# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HILLCREST INVESTMENTS, LTD., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CHICAGO TITLE INSURACE COMPANY, *et al.*,<br><br>Defendants, | Case No. 2:22-cv-00406-RFB-VCF<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Counsel for plaintiff has failed to show good cause why this action should not be dismissed without prejudice for failure to timely serve Defendant's 11239, LLC and R.A.M.M. Corp., according to the requirements of Rule 4(m) of the Federal Rules of Civil Procedure. Therefore,

**IT IS ORDERED** that this action is DISMISSED without prejudice as to Defendants 11239, LLC and R.A.M.M. Corp.

DATED this 1st day of December, 2022.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**